UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | S1 12 Cr. 556 (LTS) |
| | : | |
| ANIBAL SOTO and ANIBAL RAMOS, | : | Oral Argument Requested |
| | : | |
| Defendants. | : | |

---------------------------------------------------------------- x

## NOTICE OF MOTION OF DEFENDANTS ANIBAL SOTO AND ANIBAL RAMOS TO DISMISS THE INDICTMENT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Their Motion to Dismiss the Indictment, defendants Anibal Soto and Anibal Ramos will move this Court before the Honorable Laura Taylor Swain, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on January 15, 2013 at 10:00 a.m., or at such date and time the Court schedules, for an order, pursuant to Federal Rule of Criminal Procedure 12(b)(3) as well as Article 1, Section 8, Clause 3 and the Tenth Amendment to the United States Constitution, dismissing the Indictment.  The basis for the motion is set forth in the accompanying memorandum of law.

Dated: New York, New York
       December 21, 2012

                              WACHTELL, LIPTON, ROSEN & KATZ

                              By:  /s/   David B. Anders
                              David B. Anders
                              Adam S. Hobson
                              Kim B. Goldberg
                              51 West 52nd Street
                              New York, New York  10019
                              (212) 403-1000

Email: DBAnders@wlrk.com
Email: ASHobson@wlrk.com
Email: KBGoldberg@wlrk.com

*Attorneys for Defendant Anibal Ramos*

FEDERAL DEFENDERS OF NEW YORK

By: _____
Jonathan Marvinny
52 Duane Street, 10th Floor
New York, New York  10007
(212) 417-8700
Email:  Jonathan_Marvinny@fd.org

*Attorney for Anibal Soto*