UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                                :
:
-v-                                                                      :    12-CR-556 (LTS)
:
ANIBAL RAMOS,                                                            :    ORDER
:
Defendant.                                                               :
:
-------------------------------------------------------------------------X

ORDER

The Court has received the parties' submissions filed in connection with an application for compassionate release pursuant to 28 U.S.C. section 3582(c)(1)(A) from Mr. Anibal Ramos. (See docket entry nos. 384, 391, 393.) Counsel for Defendant is directed to file a supplemental brief and supporting materials addressing and/or clarifying the following issues: 1) Defendant's release plan in the event that the Court grants his compassionate release application, including whether he seeks placement in a Residential Reentry Center (RRC) and, if not, where and with whom he proposes to reside, and how he proposes to obtain financial support and continuity of medical care; 2) whether or not the Defendant will pose a danger to the community if he is to be released, including evidence of Defendant's rehabilitation during the course of his imprisonment, if any; and 3) the existence of the tumor allegedly diagnosed in July 2020, which is referenced in Defendant's affidavit submitted in support of his application for compassionate release, including any medical documentation supporting Defendant's claims and the implications, if any, of such diagnosis for Mr. Ramos' care needs and COVID-19 vulnerability.

Defense counsel must file the supplemental brief by October 28, 2020.  The Government may file a reply by November 5, 2020.

SO ORDERED.

Dated: October 14, 2020
New York, New York

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge