UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                                                                                      No.  1:12-CR-00556-LTS-2

ANIBAL RAMOS,

        Defendant.

-------------------------------------------------------x

## ORDER

Pending before the Court is Defendant Anibal Ramos's motion for early termination of supervised release.  (Docket entry no. 409 (the "Motion").[1])  The Government is directed to file a letter with its position on the Motion by **August 4, 2025**.

Mr. Ramos may file any additional support for his Motion, including, but not limited to, a letter from his therapist, by **July 28, 2025**.

Mr. Ramos is advised that he may request that any documents concerning sensitive information, such as medical or therapeutic treatment information, be filed under seal or be filed with redactions.  Should he wish to have supporting documents filed under seal or with redactions, Mr. Ramos should include with the documents to be filed a short letter explaining which documents he wishes to have sealed or redacted, and the reason for his request.

---

[1]     The Court has redacted Mr. Ramos's telephone number to protect his privacy and will file the unredacted version under seal.

      The Clerk of Court is directed to mail a copy of this Order to Mr. Ramos at the following address:

      58.5 Phillips Street, Apt. 1
      Albany, NY 12202

      SO ORDERED.

Dated: New York, New York
      July 14, 2025

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge