UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                        No.  1:12-CR-00556-LTS-2

ANIBAL RAMOS,

       Defendant.

-------------------------------------------------------x

## Order

Pending before the Court is Defendant Anibal Ramos's motion for early termination of supervised release.  (Docket entry no. 409 (the "Motion").)  On August 4, 2025, the Government filed its memorandum in opposition to the Motion.  (Docket entry no. 411.)  Should he wish to do so, Mr. Ramos may file a reply by **September 5, 2025**.

The Clerk of Court is directed to mail a copy of this Order to Mr. Ramos at the following address:

      58.5 Phillips Street, Apt. 1
      Albany, NY 12202

   SO ORDERED.

Dated: New York, New York
       August 5, 2025

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge